UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                            Case No.  07-cr-192-01-SM

<u>Ligia Veda</u>

<u>O R D E R</u>

Defendant Veda's motion to continue the final pretrial conference and trial is granted (document 11).   Trial has been rescheduled for the February  2008 trial period.   Defendant  Veda has filed her Waiver of Speedy Trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 25,  2008  at  1:30  p.m.

**Jury Selection**:  February 5, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 24, 2007

cc:   Jorel Booker, Esq.
      Mark Zuckerman, AUSA
      US Probation
      US Marshal