UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                         Case No.  07-cr-192-01-SM

<u>Ligia Veda</u>

## O R D E R

Defendant Veda's motion to continue the final pretrial conference and trial is granted (document 11).  Trial has been rescheduled for the February 2008 trial period.  Defendant Veda shall file a waiver of speedy trial rights not later than October 29, 2007.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 22, 2008  at  10:00 a..m.

**Jury Selection**:  March 4, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 17, 2007

cc:   Jorel Booker, Esq.
      Mark Zuckerman, AUSA
      US Probation
      US Marshal