UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Case No.  07-cr-192-01-SM

Ligia Veda

## O R D E R

Defendant Veda's motion to continue the final pretrial conference and trial is granted (document 17).  Trial has been rescheduled for the June 2008 trial period.  Defendant Veda shall file a waiver of speedy trial rights not later than March 3, 2008.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 20, 2008 at 3:30 p.m.

**Jury Selection**: June 3, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

February 20, 2008

cc: Jorel Booker, Esq.
　　Mark Zuckerman, AUSA
　　US Probation
　　US Marshal

2